AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-MJ-5600 | 12/4/2023  1630 hours | subpoenas@ring.com |

Inventory made in the presence of:
Collin Murphy

Inventory of the property taken and name of any person(s) seized:

Subscriber information for Ring account associated with the identifier Mac ID: 90:48:6C:37:60:07

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/7/2023

_Executing officer's signature_

Joseph DeLuca   Special Agent
_Printed name and title_